**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-80916-EA**

**Aleksandr Losev, et al.,**

Plaintiffs,

v.

**Secretary of U.S. Department of Homeland Security, et al.,**

Defendants.
_______________________________/

**ORDER CLOSING CASE**

This cause is before the Court on the plaintiffs' notice of voluntary dismissal. [ECF No. 5]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of August 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Denys A. Pivniak**
Pivniak Law, P.A.
7004 SW 40th Street, 604
Miami, FL 33155
6032298015
Email: dpivniak@pivniaklaw.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Keyla E. Rodriguez**
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
Email: Keyla.Rodriguez@usdoj.gov